THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Willie Salley,       
Appellant.
 
 
 

Appeal From Richland County
J. Ernest Kinard, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-370
Submitted March 26, 2003  Filed May 
 22, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Warren Blair Giese, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Appellant Willie Salley was 
 convicted of breach of trust, less than $5,000.  The trial court sentenced him 
 to five years suspended to five years probation with restitution.  The court 
 further ordered that Salleys probation could terminate after eighteen months 
 if he had paid the restitution in full and was otherwise in compliance with 
 the terms of his probation.  Counsel for Salley attached to the final brief 
 a petition to be relieved as counsel.  Salley did not file a pro se response.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116,406 S.E.2d 357 (1991), we hold there are no directly appealable issues that 
 are arguable on their merits.  Accordingly, we dismiss Salleys appeal and grant 
 counsels petition to be relieved.
 APPEAL DISMISSED.
CURETON, ANDERSON and HUFF, JJ. concur.